IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GOOGLE, LLC,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § |
| | §   C.A. No. 21-443-MN |
| **AQUA LICENSING, LLC,** | § |
| | § |
| **Defendant.** | § |
| | § |
| | § |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO COMPEL**

Aqua Licensing, LLC ("Aqua") hereby requests that this Court extend Aqua's deadline to file a response to Google, LLC's motion to compel. Aqua has produced documents and has informed Google that Aqua will be producing additional documents to Google. The parties agree to extend the time for Aqua to respond to the pending motion to compel and agree to defer any other issues in this action, to allow time for Aqua to produce its additional documents, in the hope that this production moots or reduces the areas of dispute. Google is unopposed to this motion with the understanding that neither Aqua nor Google will take other actions in this matter until after Aqua has completed its production and the parties have conferred to determine whether that production has mooted or reduced the areas of dispute.

Therefore, Aqua requests an order extending Aqua's deadline to respond to Google's motion to compel until after the parties have conferred again and have notified this Court whether there remain any areas of dispute or that the disputes are resolved.

Page 1

October 21, 2021

/s/ David A. Felice
David A. Felice (#4090)
Bailey & Glasser, LLP
Red Clay Center at Little Falls
2961 Centerville Road, Suite 302
Wilmington, Delaware 19808
Telephone: (302) 504-6333
Facsimile: (302) 504-6334

*Attorneys for Aqua Licensing, LLC*

### D. Del. LR 7.1.1 Statement

The parties conferred on by phone and email.  Google is unopposed to this motion.

/s/ David A. Felice
David A. Felice