# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| GOOGLE LLC | § | |
| | § | |
| vs. | § | NO: WA:21-CV-01309-ADA |
| | § | |
| AQUA LICENSING, LLC | § | |

## ORDER SETTING MOTION HEARING ON MOTION TO COMPEL

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTION HEARING ON MOTION TO COMPEL by Zoom on March 21, 2022 at 02:00 PM.

IT IS SO ORDERED this 7th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE